# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 8, 2009

137451 & (63)(64)(67)(69)(71)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MICHIGAN EDUCATION ASSOCIATION,
      Plaintiff-Appellant,

v

SC: 137451
COA: 280792
Ingham CC: 06-001537-AA

SECRETARY OF STATE,
      Defendant-Appellee.

_____/

On order of the Court, the motions to file briefs amicus curiae and the motion for immediate consideration are GRANTED. The application for leave to appeal the August 28, 2008 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties shall submit supplemental briefs within 56 days of the date of this order addressing the following issues: (1) whether a school district's use of government resources for a payroll deduction plan for contributions made by members of the plaintiff Michigan Education Association (MEA) to MEA's political action committee is either an "expenditure" or a "contribution" under Section 6 of the Michigan Campaign Finance Act (MCFA), MCL 169.206; (2) whether Section 57(1) of the MCFA, MCL 169.257(1), prohibits a school district from expending government resources for such a payroll deduction plan if the costs of the plan are prepaid by the MEA; and (3) whether a school district has the authority to collect and deliver payroll deductions for such contributions. The parties should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 8, 2009

_____
Clerk

p0505